UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVIS KIRYAKOZ,<br><br>    Defendant. | Case No. 16-cv-00039-2-BLF<br><br>**ORDER DENYING DEFENDANT'S MOTION TO CONTINUE DATE OF SELF-SURRENDER**<br><br>[Re: ECF 70] |

On March 28, 2017, the Court sentenced Defendant to a term of fifteen months confinement followed by a term of three years supervised release, and ordered Defendant to self-surrender by 2:00 p.m. on June 5, 2017. Minutes, ECF 53. On June 1, 2017, Defendant filed a Motion to Continue Date of Self-Surrender, requesting that his self-surrender date be continued from June 5, 2017 to September 5, 2017. Motion, ECF 70. The motion indicates that the request is opposed by the Government; the Government has not filed a written response.

Defendant asserts that good cause exists for the requested continuance because he has contracted to provide construction services to an individual named Ron George and the work cannot be completed by June 5, 2017. The proffered reason does not constitute good cause for a continuance of Defendant's self-surrender date.

Accordingly, Defendant's motion is DENIED.

Dated: June 3, 2017

_____
BETH LABSON FREEMAN
United States District Judge